| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Shea-Stonum, Marilyn E. | 2. Court or Organization U.S. Bankruptcy Court | 3. Date of Report 05/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

2 South Main Street-Rm. 240
Akron, Ohio 44308

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Upon ▨ death, Trustee of resulting trust of ▨ trust | ▨ Irrevocable Trust |
| 2. | Trustee | ▨ Educational Trust |
| 3. | Trustee | ▨ Irrevocalbe Trust |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | Jones Day Retirement Fund |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea-Stonum, Marilyn E. | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | $301 monthly retirement payments Jones Day | $3,612.00 |
| 2. 2013 | $1122 SSI monthly payment since July 2013 | $6,732.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Salary, Case Western Reserve University |
| 2. July 2013 | Monthly SSI payment |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 2013 | Atlanta, GA | member benefit | 2 nights lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea-Stonum, Marilyn E. | 05/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea-Stonum, Marilyn E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Dodge & Cox Stock Fund | C | Int./Div. | | | Sold | 12/09/13 | M | | 401K - no taxable gain |
| 2. Jones Day 2010 Fund (X) | F | Int./Div. | | | Sold | 12/09/13 | P1 | | 401K - no taxable gain |
| 3. Jones Day Brandywine Fund | F | Int./Div. | | | Sold | 12/09/13 | O | | 401K - no taxable gain |
| 4. American Funds EuroPacific Growth (X) | B | Int./Div. | M | T | Buy | 12/16/13 | M | | |
| 5. American Funds New World (X) | B | Int./Div. | L | T | Buy | 12/16/13 | L | | |
| 6. Dreyfus Emerging Markets (X) | B | Int./Div. | L | T | Buy | 12/16/13 | L | | |
| 7. Thornburg International Value (X) | B | Int./Div. | M | T | Buy | 12/16/13 | M | | |
| 8. Harbor Capital Appreciation (X) | A | Int./Div. | M | T | Buy | 12/30/13 | M | | |
| 9. Oakmark Fund (X) | A | Int./Div. | M | T | Buy | 12/30/13 | M | | |
| 10. Schwab S&P 500 Select (X) | B | Int./Div. | L | T | Buy | 12/30/13 | L | | |
| 11. Artisan Mid Cap (X) | A | Int./Div. | K | T | Buy | 12/30/13 | K | | |
| 12. Artisan Mid Cap Value (X) | A | Int./Div. | K | T | Buy | 12/30/13 | K | | |
| 13. Artisan Small Cap Value (X) | A | Int./Div. | K | T | Buy | 12/16/13 | K | | |
| 14. Templeton Global Bond (X) | B | Int./Div. | L | T | Buy | 12/16/13 | L | | |
| 15. PIMCO Total Return (X) | A | Int./Div. | M | T | Buy | 12/16/13 | M | | |
| 16. Westcore Plus Bond (X) | C | Int./Div. | M | T | Buy | 12/16/13 | M | | |
| 17. Goldman Sachs Strategic Income (X) | A | Int./Div. | L | T | Buy | 12/16/13 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea-Stonum, Marilyn E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FPA New Income (X) | C | Int./Div. | M | T | Buy | 12/16/13 | M | | |
| 19. Pimco All Asset (X) | A | Int./Div. | M | T | Buy | 12/16/13 | M | | |
| 20. Mainstay Marketfield (X) | A | Int./Div. | L | T | Buy | 12/16/13 | L | | |
| 21. Freeport-McMoRan (X) | A | Dividend | J | T | Buy | 12/16/13 | J | | |
| 22. Danaher Corp (X) | A | Dividend | K | T | Buy | 12/16/13 | K | | |
| 23. Stericycle (X) | A | Dividend | K | T | Buy | 12/16/13 | K | | |
| 24. Verizon Communications (X) | B | Dividend | K | T | Buy | 12/16/13 | K | | |
| 25. Harman International Industries (X) | A | Dividend | K | T | Buy | 12/16/13 | K | | |
| 26. Scripps Networks (X) | A | Dividend | K | T | Buy | 12/16/13 | K | | |
| 27. CVS Caremark Corp (X) | A | Dividend | K | T | Buy | 12/16/13 | K | | |
| 28. Proctor & Gamble (X) | A | Dividend | K | T | Buy | 12/16/13 | K | | |
| 29. Travelers Companies (X) | A | Dividend | K | T | Buy | 12/16/13 | K | | |
| 30. Celgene Corporation (X) | A | Dividend | K | T | Buy | 12/16/13 | K | | |
| 31. Cerner Corporation (X) | A | Dividend | K | T | Buy | 12/16/13 | K | | |
| 32. McKesson Corp (X) | A | Dividend | K | T | Buy | 12/16/13 | K | | |
| 33. Mylan Inc. (X) | A | Dividend | K | T | Buy | 12/16/13 | K | | |
| 34. Novartis AG ADR (X) | A | Dividend | K | T | Buy | 12/16/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea-Stonum, Marilyn E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Thermo Fisher Scientific Inc. (X) | A | Dividend | K | T | Buy | 12/16/13 | K | | |
| 36. Accenture Ltd. (X) | A | Dividend | K | T | Buy | 12/16/13 | K | | |
| 37. ANSYS Inc. (X) | A | Dividend | K | T | Buy | 12/16/13 | K | | |
| 38. EMC Corp Mass (X) | A | Dividend | K | T | Buy | 12/16/13 | K | | |
| 39. Fiserv Inc. (X) | A | Dividend | K | T | Buy | 12/16/13 | K | | |
| 40. Google Inc. (X) | A | Dividend | K | T | Buy | 12/16/13 | K | | |
| 41. Intel Corporation (X) | A | Dividend | K | T | Buy | 12/16/13 | K | | |
| 42. International Business Machines (X) | A | Dividend | K | T | Buy | 12/16/13 | K | | |
| 43. Microsoft Corporation (X) | A | Dividend | K | T | Buy | 12/16/13 | K | | |
| 44. Public Enterprise Group (X) | A | Dividend | K | T | Buy | 12/16/13 | K | | |
| 45. American Funds AMCAP Fund - ▮ IRA | C | Int./Div. | L | T | | | | | |
| 46. American Funds American Mutual - ▮ IRA | C | Int./Div. | M | T | | | | | |
| 47. Berkshire Hathaway Inc. ▮ | | None | M | T | Donated (part) | | | | United Way |
| 48. Carefusion ▮ | | None | | | Donated | | | | United Way |
| 49. Amgen Inc. ▮ | A | Dividend | K | T | | | | | |
| 50. Cardinal Health ▮ | A | Dividend | K | T | | | | | |
| 51. Microchip Technology ▮ | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. iShares MSCI BRIC | A | Dividend | J | T | | | | | |
| 53. T.Rowe Price Latin America | A | Dividend | J | T | | | | | |
| 54. Dreyfus Greater China A | | None | J | T | | | | | |
| 55. iShares MSCI Australia Index | A | Dividend | J | T | | | | | |
| 56. iShares MSCI Brazil Capped | A | Dividend | J | T | | | | | |
| 57. Columbia Equity Value Z (X) | A | Dividend | K | T | | | | | |
| 58. Fidelity Value Discovery | A | Dividend | J | T | | | | | |
| 59. Schwab US Broad Market ETF | A | Dividend | J | T | | | | | |
| 60. Alger SMID Cap Growth | | None | J | T | | | | | |
| 61. Baron Partners Fund | A | Int./Div. | J | T | | | | | |
| 62. Dreyfus Structured Midcap (X) | A | Dividend | J | T | | | | | |
| 63. Fidelity Value Fund | A | Dividend | K | T | | | | | |
| 64. Keeley Small Cap Value | A | Dividend | J | T | | | | | |
| 65. Wells Fargo Advantage Small/Mid Cap Value | A | Dividend | J | T | | | | | |
| 66. BlackRock All-Cap Energy | A | Dividend | J | T | | | | | |
| 67. Schwab US Aggregate Bond ETF | A | Dividend | K | T | | | | | |
| 68. TIAA-CREF Retirement Plan | E | Int./Div. | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea-Stonum, Marilyn E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Schwab Money Market | A | Int./Div. | N | T | | | | | |
| 70. Peregrine Pharmaceutical ADR | | None | | | Sold | 12/16/13 | J | A | IRA - no taxable gain |
| 71. Teva Pharmaceutical ADR | A | Dividend | | | Sold | 12/16/13 | J | A | IRA - no taxable gain |
| 72. Xanadoo Co | | None | | | Sold | 12/16/13 | J | A | IRA - no taxable gain |
| 73. Columbia Marsico 21st Century Fund Cl A | | None | | | Sold | 06/03/13 | J | B | |
| 74. Dreyfus S&P Stars Opportunities Fund | | None | | | Merged (with line 62) | 06/07/13 | J | | |
| 75. DWS Investment Trust Capital Growth FD CL A | A | Int./Div. | | | Sold | 12/16/13 | J | A | IRA - no taxable gain |
| 76. Columbia Growth & Income Fund | A | Int./Div. | | | Merged (with line 57) | 04/26/13 | K | | |
| 77. Barr Laboratories - IRA | | None | | | Sold | 01/07/13 | J | | |
| 78. Pionner Fund | | None | | | Sold | 01/07/13 | J | A | |
| 79. AIM Energy Fund Cl A | | None | | | Sold | 01/07/13 | J | A | |
| 80. Rental house | D | Rent | | | Sold | 07/31/13 | N | D | |
| 81. Bank of America accounts X | A | Interest | M | T | | | | | fidiciary acct. |
| 82. Wells Fargo accounts X | A | Interest | M | T | | | | | fidiciary acct. |
| 83. Valley Savings accounts | D | Interest | M | T | | | | | fiduciary acct. |
| 84. First Merit Mank | | None | J | T | | | | | fiduciary acct. |
| 85. Key Bank | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea-Stonum, Marilyn E. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Items 81 through 84 on Section 7 are fiduciary accounts for which I serve as trustee.

| Name of Person Reporting | Date of Report |
|---|---|
| Shea-Stonum, Marilyn E. | 05/15/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marilyn E. Shea-Stonum**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544